# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS BITTER,<br><br>Defendant. | INDICTMENT<br>Criminal No. ~~2016~~ 3:16CR00030<br><br>Violation:<br>18 U.S.C. § 875(c)<br>18 U.S.C. §§ 115 (a)(1)(B) and (b)(4) |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>

On or about May 13, 2016, through on or about May 25, 2016, at St. Thomas, in the District of the Virgin Islands, the defendant,

**THOMAS BITTER,**

did threaten to assault and murder A.S., a Judicial Security Inspector, with the intent to impede, intimidate, and interfere with A.S. while engaged in and on account of the performance of his official duties and with the intent to retaliate against him on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

U.S.A. v. Thomas Bitter
Indictment
Page 2

**THE GRAND JURY CHARGES:**

### COUNT TWO

On or about May 13, 2016, through on or about May 25, 2016, at St. Thomas, in the District of the Virgin Islands, the defendant,

**THOMAS BITTER,**

did knowingly and willfully transmit in interstate commerce a communication containing a threat to injure the person of another, that is, defendant transmitted an email using his Yahoo account, to A.S., a Judicial Security Inspector, containing a threat to injure A.S., a Judicial Security Inspector.

In violation of Title 18, United States Code, Section 875(c).

U.S.A. v. Thomas Bitter
Indictment
Page 3

The Grand Jury returned a TRUE BILL

RONALD W. SHARPE
UNITED STATES ATTORNEY

By: _____
EVERARD E. POTTER
ASSISTANT UNITED STATES ATTORNEY

DISTRICT OF THE VIRGIN ISLANDS:   August 11, 2016.

Returned into the District Court by Grand Jurors and filed.

_____
CURTIS V. GOMEZ
UNITED STATES DISTRICT JUDGE